## GENERAL COURT, MAY TERM, 1799.

### BELT *vs.* PERRY.

TRESPASS *vi et armis*, for taking a *grey stud horse* called *Shakspeare*, of the value of 200*l*. current money, and converting him, &c. The general issue pleaded.

The plaintiff, at the trial, offered *Joseph Magruder* as a witness, by whom he offered to prove, that the horse for which this suit is brought was the property of the plaintiff, and that a conditional contract was made between the plaintiff and witness for the said horse, which contract was afterwards cancelled. The plaintiff offered another witness, who deposed, that he had heard both the plaintiff and the witness, *Magruder*, about the time the contract was made, say that the contract for the said horse was a conditional bargain; that he afterwards heard them say that the said contract was cancelled. That the conversations which he heard from the plaintiff and *Ma-*

*gruder* were heard from them singly and separately, and that he never did hear the plaintiff and *Magruder* when together, converse on the subject.

The defendant objected to the said *Magruder* being sworn as a witness, alleging that he was interested; and to prove an interest in the said *Magruder*, offered to prove to the court that he, the defendant, was a collector of taxes in Allegany county, and that the said *Magruder* acknowledged himself indebted for taxes in the said county, and promised payment thereof to the defendant; that *Magruder* afterwards moved out of the said county with his personal property, not having paid the said taxes, in consequence of which the defendant distrained and sold the said horse for payment of the said taxes so acknowledged due. Also that the said *Magruder* informed a witness, that the defendant had taken his horse, meaning the grey horse for which this suit is brought. Also that the plaintiff told a witness that the defendant ought not to be angry with him, because the said *Magruder* had brought the suit, and only made use of his the plaintiff's name.

Chase, Ch. J. *(a)* The court are of opinion, that *Joseph Magruder* is not interested in the event of this suit, but is a competent witness to give evidence of the facts proposed to be proved by him, and he is allowed to be sworn and examined.

The defendant excepted. *Verdict* for the plaintiff, and damages assessed to 30*l.* 5*s.* 4*d.* current money. Plaintiff nonsuited, the sum found by the jury not being within the jurisdiction of this court.

*Mason,* for plaintiff.

*Johnson,* for defendant.

## GENERAL COURT, MAY TERM, 1799.

*(a) Duvall* and *Done,* J. concurring.